**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Claudio Romero GUEVARA,
Defendant–Appellant.**

**No. 05–41850.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

---

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Claudio Romero Guevara appeals following his guilty plea conviction for possession with intent to distribute more than 1,000 kilograms of marijuana. He argues that 21 U.S.C. § 841 is unconstitutional in light of the Supreme Court's decision in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Guevara acknowledges that his argument is foreclosed by this court's precedent, *United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir.2000), but he seeks to preserve the issue for Supreme Court review.

Guevara's argument is foreclosed. *Slaughter,* 238 F.3d at 582; *see United States v. Fort,* 248 F.3d 475, 482–83 (5th Cir.2001). Accordingly, the district court's judgment is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.